■ The People of the State of New York, Respondent, v Richard Figueroa, Appellant. [62 NYS3d 274]—

Order, Supreme Court, New York County (Bonnie Wittner, J.), entered on or about April 11, 2016, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The level three adjudication was appropriate, and there is no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instru-

ment or were outweighed by the aggravating factors. Defendant's course of sexual conduct against a very young child, and his involvement with child pornography, support the conclusion that he poses a threat to re-offend children. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.